WRIGHT, FINLAY & ZAK, LLP
Robin Prema Wright, Esq.
Nevada Bar No. 009296
Chelsea A. Crowton, Esq.
Nevada Bar No. 011547
5532 South Fort Apache Road, Suite 110
Las Vegas, NV 89148
(702) 475-7965; Fax: (702) 946-1345
ccrowton@wrightlegal.net
*Attorneys for Defendant,*
*Wells Fargo Bank, N.A.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| HAROLD CORREOS, an individual; ROSEMARIE CORREOS, an individual; <br><br> Plaintiffs, <br><br> vs. <br><br> NATIONAL DEFAULT SERVICING CORPORATION, an entity of unknown form; and WELLS FARGO BANK, NA, an entity of unknown form; and DOES 1-100, inclusive, <br><br> Defendants. | Case No.: 2:12-cv-00556-JCM-RJJ <br><br> **DEFENDANT, WELLS FARGO BANK, N.A.'S, NOTICE OF DISASSOCIATION OF ATTORNEY DONNA M. OSBORN** |

The Defendant, Wells Fargo Bank, N.A. ("WFB"), by and through its attorneys of record at the law firm Wright, Finlay & Zak, LLP, hereby presents this Notice of Disassociation of Counsel. Donna M. Osborn, Esq., is no longer an attorney associated with Wright, Finlay & Zak, LLP.

///

///

///

///

1  Defendant requests that Robin Prema Wright, Esq., and Chelsea A. Crowton, Esq.,
2  receive all future Notices, and that Donna M. Osborn no longer receives Notices in this matter.
3
4  DATED this 2nd day of August, 2012.

WRIGHT, FINLAY & ZAK, LLP

_____
Robin Prema Wright, Esq.
Nevada Bar No. 009296
Chelsea A. Crowton, Esq.
Nevada Bar No. 011547
5532 South Fort Apache Road, Suite 110
Las Vegas, NV 89148
*Attorney for Defendant,*
*Wells Fargo Bank, N.A.*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I am an employee of WRIGHT, FINLAY & ZAK, LLP; that I electronically served the foregoing **DEFENDANT, WELLS FARGO BANK, N.A.'S, NOTICE OF DISASSOCIATION OF ATTORNEY DONNA M. OSBORN** to all parties and counsel as identified on the Court-generated Notice of Electronic Filing.

_____
An Employee of WRIGHT, FINLAY & ZAK, LLP

SO ORDERED.

_____
U.S. Magistrate Judge
Date: Aug. 22, 2012