```
WRIGHT, FINLAY & ZAK, LLP
Chelsea A. Crowton, Esq.
Nevada Bar No. 11547
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
ccrowton@wrightlegal.net
Prior counsel for Defendant, Wells Fargo Bank, N.A.
```

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| HAROLD CORREOS, an individual; ROSEMARIE CORREOS, an individual;<br><br>Plaintiffs,<br><br>vs.<br><br>NATIONAL DEFAULT SERVICING CORPORATION, an entity of unknown form; and WELLS FARGO BANK, N.A., an entity of unknown form; and DOES 1-100, inclusive,<br><br>Defendants | Case No.:  2:12-cv-00556-JCM-~~RJJ~~ NJK<br><br>**SUBSTITUTION OF COUNSEL** |

    SNELL & WILMER, LLP is hereby substituted as counsel of record for Defendant Wells Fargo Bank, N.A. in the above-entitled matter in place of and instead of WRIGHT, FINLAY & ZAK, LLP.

DATED this __13__ day of March ~~February~~, 2015.

WELLS FARGO BANK, N.A.

By: _Brian O'Laughlin_
Its: _Counsel_

Page 1 of 4

1  WRIGHT, FINLAY & ZAK, LLP hereby substitutes in its place and stead the law firm
2  of SNELL & WILMER, LLP as attorneys for Wells Fargo Bank, N.A., in the above entitled
3  matter.

5  DATED this 18th day of February, 2015.

WRIGHT, FINLAY & ZAK, LLP

*[signature]*

Chelsea A. Crowton, Esq.
Nevada Bar No. 11547
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
*Prior counsel for Wells Fargo Bank, N.A.*

1  SNELL & WILMER, LLP hereby accepts substitution as attorneys for Wells Fargo Bank,
2  N.A., in the above entitled matter in place and stead of WRIGHT, FINLAY & ZAK, LLP.
3
4  DATED this ___ day of February, 2015.
5
6                                          SNELL & WILMER, LLP
7
8                                          _____
                                           Richard C. Gordon, Esq.
                                           Nevada Bar No. 9036
9                                          3883 Howard Hughes Pkwy, Suite 1100
                                           Las Vegas, NV 89169
10                                         *Attorney for Wells Fargo Bank, N.A.*
11
12
13
14
15
16
17
18
19  IT IS SO ORDERED.
20  Dated: March 27, 2015            _____
21                                   United States Magistrate Judge
22
23
24
25
26
27
28